CHAPATON ET AL. *v.* BUTLER ET AL.

---

## Matilda Chapaton et. al. v. Milton H. Butler, et. al.

*Costs when one suit is to abide the result of another.* Where, by stipulation, it was agreed that one of two suits in Chancery, pending in this court, should abide the decision of the other:

*Held,* that the prevailing party was entitled to the same solicitor's fee in both cases, and in both courts, as well as actual disbursements, except the cost of taking the testimony and printing the record: that being allowed but in one case.

*Heard and decided April 28.*

Appeal in Chancery from Wayne Circuit.

This case was submitted at a former term of this court, with the case of *Campau v. Godfrey,* and it was stipulated that both should abide the decision of the latter. The testimony was taken, and the record printed only in the last case.

The bill in that cause having been dismissed with costs, the same decree was entered in this one.

The complainants objecting to full costs, the court held that the defendant was entitled to the same solicitor's fee,

in both cases and in both courts, as well as actual disbursements; except for taking testimony and printing record, that being allowed but in one case.